# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA SCALZO,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation and DOES 1 through 10,<br><br>    Defendants. | 1:11-cv-00612 LJO GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ISSUED JULY 11, 2011**<br><br>(Document 18) |

Defendant Allied Property and Casualty Insurance Company removed this action from Madera County Superior Court on April 15, 2011. (Doc. 1.) Defendant filed an answer to Plaintiff's complaint on April 22, 2011. (Doc. 8.)

On June 9, 2011, Plaintiff Martha Scalzo filed her Motion to Remand for Lack of Subject Matter Jurisdiction. (Docs. 10-12.) Defendant filed its opposition on June 24, 2011 (Doc. 15) and Plaintiff filed her reply thereto on July 1, 2011 (Doc. 16).

On July 11, 2011, the Magistrate Judge issued Findings and Recommendations recommending the matter be remanded to the Madera County Superior Court, and that Plaintiff's request for an award of fees be denied. The Findings and Recommendations were served on all

1

parties and contained notice that any objections were to be filed within fifteen (15) days. (Doc. 6.) To date, no party has filed objections.

In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated July 11, 2011, are ADOPTED IN FULL; and
2. Based on the above, IT IS HEREBY ORDERED that Plaintiff Martha Scalzo's Motion for Remand for Lack of Subject Matter Jurisdiction be GRANTED and that this action be REMANDED to the Madera County Superior Court of California, for all further proceedings. This Order terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:    July 27, 2011**                       /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

2